UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANASSEH STOKES,<br><br>    Plaintiff,<br><br>v.<br><br>SBS TRANSPORT, LLC,<br><br>    Defendant. | Case No. 20-cv-02084-JSW<br><br>**ORDER TO SHOW CAUSE** |

On November 6, 2023, the parties stipulated to amend the scheduling order to extend their deadline to mediate to January 12, 2024.  (Dkt. No. 33.)  In their stipulation, which was approved by the Court, (Dkt. No. 34), the parties represented that extending the mediation deadline would not impact the class certification briefing schedule.  (Dkt. No. 33.)  Per the scheduling order, Plaintiff had until February 20, 2024 to file a motion for class certification.  (Dkt. No. 32.)

The parties did not report to the Court that mediation was successful, yet Plaintiff did not file a motion for class certification by the February 20, 2024 deadline.  There has been no further activity in this case.

Accordingly, by no later than March 18, 2024, Plaintiff is ORDERED TO SHOW CAUSE, in writing, why this action should not be dismissed for failure to prosecute.  See Fed. R. Civ. P. 41(b).  Failure to timely respond to this Order will result in dismissal of this action without further notice.  The Court also advises Plaintiff that filing a dismissal will not discharge this Order to Show Cause.

**IT IS SO ORDERED.**

Dated: March 11, 2024

_____
JEFFREY S. WHITE
United States District Judge