UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANASSEH STOKES,<br><br>    Plaintiff,<br><br>  v.<br><br>SBS TRANSPORT, LLC,<br><br>    Defendant. | Case No. 20-cv-02084-JSW<br><br>**ORDER DISMISSING ACTION** |

    The parties filed a status report providing notice of settlement in *Stokes v. SBS Transport, LLC, et al.*, No. 4:20-cv-02086-JSW claiming to have reached resolution in that matter "along with a separate wage and hour action between Plaintiff and SBS." *Stokes v. SBS Transport, LLC, et al.*, No. 4:20-cv-02086-JSW, Dkt. No. 101 (Jun. 27, 2025). Since that status report, no further activity has occurred in the instant action, and the parties missed a June 30, 2025 deadline to file a dismissal or further status update. (*See* Dkt. No. 73, Order Requiring Dismissal or Further Status Update.)

    Based upon that inactivity and upon Defendant's previous attempt to consolidate the actions, (*see* Dkt. No. 59, Order Denying Mot. to Consolidate), the Court deduces that the instant action is the "separate wage and hour action" in which the parties have reached resolution.

    Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

//

//

//

//

1   This Order will be vacated if any party, after meeting and conferring with opposing parties, 2 files a notice that settlement has not occurred by July 17, 2026.

3   **IT IS SO ORDERED.**

4   Dated: September 16, 2025

_____
JEFFREY S. WHITE
United States District Judge